# EXHIBIT A



# Semaglutide- The new "game-changing" weight-loss drug

Weight Loss

April 27, 2023  •  1 min read

**The new "game-changing" weight-loss medication:**

**Semaglutide**

### Whats the hype?

**Most of us have heard of Semaglutide recently for weight loss.**

**But how Does Semaglutide Work?!**

**Semaglutide mimics the GLP-1 protein that our bodies naturally make in the intestine. This hormone sends a signal to the brain telling it that the body is satisfied and doesn't need to consume any more food. The natural form of GLP-1 has a half-life of just two minutes, so you may begin to feel hungry again shortly after the body stops producing it. Semaglutide, on the other hand, has a half-life of SEVEN WHOLE DAYS. Studies have shown notable results with semaglutide injections.**

**In a recent study using Semaglutide, many participants reduced their body weight by over 15%!**



## Why is Semaglutide a preferred choice for weight loss?

## 1. Not a Controlled Substance

**Semaglutide is FDA-approved to help people lose and maintain a healthy weight. Because it does not contain phentermine, another drug commonly used for weight loss, it is not a controlled substance.**

## 2. Backed by Science

**According to a recent study, Semaglutide was used in a trial to examine its effect on weight loss. Those taking Semaglutide lost just over 15% of their body fat, while**

11/8/24, 9:31 AM
Case: 1:24-cv-11541 Document #: 1-1 Filed: 11/08/24 Page 4 of 6 PageID #:23
Semaglutide - The new "game-changing" weight-loss drug

those taking the placebo lost just over 2% of their body fat. Additionally, more than 77% of the participants taking Semaglutide lost 5% of their body weight.

## 3. May help increase energy

We prescribe a Semaglutide/ B12 compounded combination, which has been shown to help increase energy in most patients.

## 4. Only 1 Injection per week

Semaglutide has a half-life of SEVEN WHOLE DAYS. The modified hormone resists the enzymes that would otherwise break down GLP-1. Patients need only one weekly injection for this therapy to work.



Dr. Michael Ambrose

Dr. Ambrose is the man and the vision behind Performance Medical Clinic. A board-certified Medical Doctor and Chiropractor. For over a decade, I have been researching and developing systems to deliver cutting-edge treatments to my patients. I have created a systematic process for my patients to achieve better health, with an emphasis on patient education and empowerment. It is so encouraging and humbling for me to see people come in every day saying, "You've changed my life" or "I feel like I did 20 years ago" and that's what gives me the drive to move forward and do more with Performance Medical Clinic. It really is the first of its kind as a health optimization practice. "When you optimize your health, you optimize everything about your life across the board." PERFORMANCE. LONGEVITY. OPTIMIZATION.

← Back to Blog



