**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBROSE MEDICAL, LLC d/b/a PERFORMANCE MEDICAL CLINIC, <br><br> Defendant. | Case No. 1:24-cv-11541 |

**PLAINTIFFS NOVO NORDISK A/S AND NOVO NORDISK INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. make the following disclosure:

Plaintiff Novo Nordisk A/S is a publicly traded corporation headquartered in Bagsvaerd, Denmark. Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. are not aware of any publicly held company that owns 5% or more of the stock of Novo Nordisk A/S and are further not aware of any publicly held corporation, not a party to the case, that has a financial interest in the outcome.

Plaintiff Novo Nordisk Inc. is a privately held corporation wholly owned by Novo Nordisk US Commercial Holdings, Inc.

Dated: November 8, 2024                              Respectfully submitted,

                                                     Novo Nordisk A/S and Novo Nordisk Inc.

                                                     By:  */s/ Suyash Agrawal*
                                                              One of Its Attorneys

Suyash Agrawal
Hillary W. Coustan
Brigid Carmichael
MASSEY & GAIL LLP
50 E. Washington Street – Suite 400
Chicago, Illinois 60602
(312) 283-1590 main
sagrawal@masseygail.com
hcoustan@masseygail.com
bcarmichael@masseygail.com

*Counsel for Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.*