394065
Law Firm Ref#: Novo Nordisk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NOVO NORDISK A/S AND NOVO NORDISK INC.,

    Plaintiff(s)

vs.

AMBROSE MEDICAL, LLC D/B/A PERFORMANCE MEDICAL CLINIC,

    Defendant(s)

Case No.: 24-cv-11541

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, Elizabeth Henson, being first duly sworn on oath, deposes and states the following:

I am over the of 18 and not a party to this action. I am an agent of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885. I am licensed or registered as a private detective under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004, or a registered employee of a private detective agency certified under that Act. I attempted service of the within **Summons in a Civil Action; Complaint** to **Ambrose Medical, LLC d/b/a Performance Medical Clinic c/o Michael Ambrose, located at 1 Gray Cub Court, Glen Carbon, IL 62034** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Ambrose Medical, LLC d/b/a Performance Medical Clinic c/o Michael Ambrose personally on the ____ day of _____, 20___ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: Michael Ambrose Title: Owner, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the 13th day of November, 2024 at 7:45 ␣M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Ambrose Medical, LLC d/b/a Performance Medical Clinic c/o Michael Ambrose's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20___ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20___.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ _____ : _____
__/__/____ @ _____ : _____
__/__/____ @ _____ : _____

A description of person with whom the documents were left is as follows:

Sex: _____ Race: _____ Approx. Age: _____ Height: _____ Weight: _____ Hair: _____
    Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this 13th day of Nov, 2024

_Robert M Cerny_ (signature)
Notary Public

OFFICIAL SEAL
ROBERT M CERNY
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/29/2027

_Elizabeth Henson_
(Server Signature)

Elizabeth Henson
(Print Name)

SAAFF/394065